# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ADESOJI ADEWUMI, | Case No. 1:17-cv-01117-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| GHS INTERACTIVE SECURITY, LLC, et al., | **(Doc. 2)** |
| Defendants. | |

Plaintiff Adesoji Adewumi ("Plaintiff"), through counsel, filed a complaint on August 18, 2017, along with an application to proceed in forma pauperis. (Docs. 1 and 2). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated: **August 23, 2017**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1