JENNIFER A. SCOTT, State Bar No. 204234
*jscott@kmtg.com*
KIMBERLEY A. WORLEY, State Bar No. 119299
*kworley@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555
Attorneys for Defendant GHS Interactive
Security, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADESOJI ADEWUMI,<br><br>Plaintiff,<br><br>v.<br><br>GHS INTERACTIVE SECURITY, LLC, a Delaware Limited Liability Company; ANTHONY VILLANUEVA, an individual; VICTORIA FOX, an individual,<br><br>Defendants. | Case No. 1:17-CV-01117-DAD-BAM<br><br>**STIPULATION TO CONTINUE NOVEMBER 21, 2017 MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Judge: Hon. Barbara A. McAuliffe<br><br>Action Filed: August 18, 2017<br>Trial Date: TBD |

Plaintiff and Defendant GHS Interactive Security, LLC hereby stipulate to continue the Mandatory Scheduling Conference set for November 21, 2017, as follows

1. Defendant GHS' lead counsel Kimberley Worley will be in transit out-of-state at the time of the November 21, 2017 Mandatory Scheduling Conference and cannot attend the Conference in person or telephonically. This is counsel's vacation to visit her family in Florida;

2. The Parties have not previously sought a continuance of this Conference;

3. The Parties have already conducted a telephonic meet and confer as required by the Court's Order Setting Mandatory Scheduling Conference to discuss the matters covered by the Order;

4. The Parties are diligently preparing the Joint Statement to be submitted and do not require a continuance of that date;

5. This extension does not affect the two individual defendants who have not yet been served; and

6. The Parties request that the new date for the Conference be November 28, 2017 at 10:00 a.m. or as soon thereafter as the Court may order.

DATED: November 3, 2017        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: /s/ Kimberley A. Worley, Esquire
Kimberley A. Worley
Attorneys for Defendant GHS Interactive Security, LLC

DATED: November 3, 2017        CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By: /s/ Jessica M. Jewell, Esquire
(as authorized on 11.03.17)
Jessica M. Jewell
Attorneys for Plaintiff Adesoji Adewumi

## **ORDER**

Having reviewed the parties' stipulation to continue the Scheduling Conference, IT IS HEREBY ORDERED that the Scheduling Conference is continued from 11/21/2017 to **Tuesday, November 28, 2017 at 10:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **November 7, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1621486.1 13889-009

2

STIPULATION TO CONTINUE NOVEMBER 21, 2017 MANDATORY SCHEDULING CONFERENCE; ORDER

1621486.1 13889-009

3

STIPULATION TO CONTINUE NOVEMBER 21, 2017 MANDATORY SCHEDULING CONFERENCE; ORDER