JESSICA M. JEWELL, State Bar No. 274586
*jjewell@crla.org*
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1111 I Street, Suit 310
Modesto, California 95354
Telephone: (209) 577-3295
Facsimile: (209) 577-1098

Attorneys for Plaintiff ADESOJI ADEWUMI

JENNIFER A. SCOTT, State Bar No. 204234
*jscott@kmtg.com*
KIMBERLEY A. WORLEY, State Bar No. 119299
*kworley@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant GHS INTERACTIVE
SECURITY, LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADESOJI ADEWUMI,<br><br>    Plaintiff,<br><br>    v.<br><br>GHS INTERACTIVE SECURITY, LLC, a<br>Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 1:17-CV-01117-DAD-BAM<br><br>**STIPULATION AND ORDER<br>EXTENDING F.R.C.P. RULE 26(a)<br>INITIAL DISCLOSURE DEADLINE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff ADESOJI ADEWUMI ("Plaintiff") and Defendant GHS INTERACTIVE

SECURITY, LLC ("Defendant") (collectively, "Parties") stipulate pursuant to Federal Rule of

Civil Procedure, Rule 26[1] (a)(1)(C) to extend the deadline from January 31, 2018 to February 26, 2018 for the Initial Disclosures required by Rule 26 (a)(1), and request that the Court enter an Order that the Initial Disclosures required by Rule 26 (a)(1) are due by February 26, 2018.

STIPULATION

WHEREAS, the deadline for initial disclosures required by Rule 26(a)(1)(C) are due on January 31, 2018, pursuant to Scheduling Order by the Court;

WHEREAS, the Parties agree to provide each other additional time to prepare the Initial Disclosures required by Rule 26(a)(1);

WHEREAS, Rule 26(a)(1)(C) permits the Parties to stipulate to a due date for Initial Disclosures (F.R.C.P. 26(a)(1)(C) ("A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference ***unless a different time is set by stipulation*** or court order…")(emphasis supplied));

NOW, THEREFORE, pursuant to Rule 26 (a)(1)(C), the Parties jointly requet and HEREBY STIPULATE that the deadline for Initial Disclosures required by Rule 26(a)(1) and the current Scheduling Order for this action be extended to February 26, 2018.

DATED:  January 30, 2018                    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.


By:   /s/  Jessica M. Jewell, Esquire
        Jessica M. Jewell
        Attorneys for Plainitff ADESOJI ADEWUMI

---

[1] Hereinafter, F.R.C.P. Rule 26 is referred to as "Rule 26".

1 | DATED: January 31, 2018

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: /s/ Kimberley A. Worley, Esquire
(as authorized on 01.31.2018)
Kimberley A. Worley
Attorneys for Defendant GHS INTERACTIVE
SECURITY, LLC

## ORDER ON STIPULATION

Pursuant to the stipulation of the Parties, the deadline for Initial Disclosures required by Rule 26(a)(1) shall be extended to February 26, 2018. The Court notes that the parties have failed to provide good cause for the continuance. The Court will grant the request in this one instance, but will not grant any further requests absent good cause. *Johnson v. Mammoth Recreations, Inc.* 975 F.2d 604, 610 (9th Cir. 1992) (a "scheduling order is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril.")

IT IS SO ORDERED.

Dated:   **February 5, 2018**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE