JESSICA M. JEWELL, SBN 274586
*jjewell@crla.org*
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1111 I Street, Suite 310
Modesto, California 95354
Telephone: (209) 577-3811
Facsimile: (209) 577-1098

Cynthia Rice, SBN 87630
*crice@crla.org*
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, California 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763

Attorneys for Plaintiff
ADESOJI ADEWUMI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| ADESOJI ADEWUMI, | Case No. 1:17-CV-01117-DAD-BAM |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | |
| GHS INTERACTIVE SECURITY, LLC, a Delaware Limited Liability Company | |
| Defendant. | |

  The Plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

  The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Dismissal with prejudice as to all parties will be filed within 60 days. Good cause exists to extend the date upon which the documents disposing of this action must be filed beyond twenty-one

NOTICE OF SETTLEMENT    1

days of this Notification, per Rule 160 of the Local Rules of the United States District Court, Eastern District of California, as the terms of the Settlement Agreement will not be completed within twenty-one days.

DATED:   August 1, 2018

                                      By:/s/*Jessica M. Jewell* – as authorized on 8/1/2018
                                            JESSICA M. JEWELL
                                        Attorney for Plaintiff, ADESOJI ADEWUMI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| ADESOJI ADEWUMI,<br><br>    Plaintiff,<br><br>    v.<br><br>GHS INTERACTIVE SECURITY, LLC,<br>a Delaware Limited Liability Company<br><br>    Defendant. | Case No. 1:17-CV-01117-DAD-BAM |

ORDER

The Court hereby vacates all currently set dates, with the expectation that the Plaintiff will file a Dismissal with prejudice within 60 days.

**IT IS SO ORDERED.**

August          , 2018                    _____
                                          HON. BARBARA A. MCAULIFFE
                                          UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I declare that I am over the age of eighteen years of age and not a party to the within-entitled action.  My business address is California Rural Legal Assistance, Inc., 1111 "I" Street, Suite 310, Modesto, California 95354.

On August 1, 2018, I served the foregoing document(s) entitled:

**NOTICE OF SETTLEMENT AND REQUEST TO**
**VACATE ALL CURRENTLY SET DATES**

**BY FACSIMILE:**  By transmitting via facsimile transmission the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.:

**X**  **BY E MAIL:**  By transmitting via E Mail the document(s) listed above to the E Mail address(s) set forth below on this date before 5:00 p.m.

**BY MAIL:**  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Modesto, California, addressed as set forth below:

Kimberley A. Worley, Esq.
Jennifer A. Scott, Esq.
Tina Corbett
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
400 Capital Mall, 27th Floor
Sacramento, California 95814
kworley@kmtg.com

I am readily familiar with the firm's practices of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2018, at Modesto, California

By:/s/ *Linda Rodriguez as Authorized on 8/1/18*
_____
Linda Rodriguez